**CLERK'S COURTROOM MINUTE SHEET**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**ERIK M. HUSETH,**<br><br>　　　　**Defendant.** | **Case No. 2:25-cr-20031-HLT** |

**Attorney for Plaintiff:**　　Audrey McCormick
**Attorney for Defendant:**　Robin Fowler

| JUDGE: | District Judge Holly L. Teeter | DATE: | 10/21/2025 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: | n/a | PROBATION: | Paula Heschmeyer & Jennifer Goss |

☒  For Details of Sentence See Judgment and Commitment Order

☒  Restitution Ordered under 18:3663　　　　　　$ ___100,000.00___   on count(s)
　　　　　　　　　　　　　　　　　　　　　　　$ _____   on count(s)

☒  **Total Restitution:**　　　　　　　　　　　　$ ___100,000.00___

☐  Defendant Fined　　　　　　　　　　　　　　$ _____   on count(s)
　　　　　　　　　　　　　　　　　　　　　　　$ _____   on count(s)

☐  **Total Fine:**　　　　　　　　　　　　　　　$ _____

☒  Defendant Assessed under 18:3013　　　　　　$ _____100.00   on count(s)
☒  Defendant Assessed under AVAA　　　　　　 $ _____5,000.00   on count(s)

☒  **Total Assessment:**　　　　　　　　　　　　$ _____5,100.00

☐  Count(s) _____ dismissed by the court on the motion of the United States.
☒  Government  ☒ Defendant   - Advised of right to appeal
☐  Defendant to voluntarily surrender:
☒  Defendant remanded to custody
☐  Stay of Execution　☐ Granted　☐ Denied
☒  Notes: Defendant and counsel appear in person. The Court confirms that Defendant received and reviewed with counsel the Presentence Investigation Report. Doc. 18. Defendant has no objections. The Court waives the JVTA assessment for reasons as set forth in the full record.